The bill in this case was filed by J. L. Hall and L. B. Farley, as assignees of a judgment recovered by the receiver of the Farley National Bank against the Terminal & Improvement Company, against the Farmers & Merchants Bank and the Terminal & Improvement Company, to hold the partnership of the Farmers & Merchants Bank and its members, liable for the money received by it, which was alleged to have been obtained by the Terminal and Improvement Company from the Farley National Bank in pursuance of a scheme entered into and carried out between the Farmers & Merchants Bank and the Terminal & Improvement Company for the purpose of fraudulently obtaining money from the Farley National Bank. This is the second appeal in the case. On the former appeal, it was held that the complainants' bill did not present a case of equitable cognizance. Upon the remandment of the cause the complainants amended the bill. The cause was submitted on a motion made by the defendants to dismiss the bill as amended for the want of equity. This appeal is taken from a decree sustaining said motion and ordering the bill dismissed. It is held that the amendment made subsequent to the former decision contains only additional allegations concerning matters already charged in the bill, and that said allegations were merely cumulative upon others of the same nature contained in the original bill; and no matter of equitable cognizance has been introduced into the bill by the amendment.

The decree of the chancellor is affirmed on the authority of the *Farmers & Merchants Bank v. Hall*, 120 Ala. 14.

Opinion by SHARPE, J.

---

# Kohn-Keeble Co. v. Bonner, Assignee.

APPEAL from Wilcox Circuit Court.
Tried before the Hon. JOHN MOORE.

L. E. JEFFRIES and VIRGINIUS W. JONES, for appellant.

Tompkins & Troy and Miller & Bonner, for appellee.

The judgment of the trial court is affirmed on the ground that the appellant has no brief on file.

Opinion by McClellan, C. J.

---

## Strickland v. Home Foreign Investment & Agency Co., Limited, *et al.*

Appeal from Dale Chancery Court.
Heard before the Hon. T. M. Espy, Special Chancellor.

H. L. Martin, for appellant.

Borders & Carmichael and W. R. Nelson, for appellees.

The bill in this case was filed by the appellant against the appellee, to cancel a foreclosure sale under a power contained in a mortgage, and to cancel said mortgage as a cloud upon the complainant's title. The facts of the case are substantially the same, with the exception of the names of the parties litigant, as those stated in the opinion of the court in the case of *Land Mortgage Investment Agency Co. v. Preston*, 119 Ala. 290.

On the final submission of the cause, on the pleadings and proof, the chancellor decreed that the complainant was not entitled to the relief prayed for, but that the defendants, who had filed a cross-bill, were entitled to the relief prayed for therein.

On this appeal, upon the authority of *Land Mortgage Invest. Agency Co. v. Preston, supra,* the decree of the chancellor is reversed and a decree here rendered denying the relief prayed for by the cross complainant, and ordering the cross-bill dismissed, and granting the relief prayed for by the complainant in the original bill.

Opinion by Tyson, J.